

**ORDERED in the Southern District of Florida on April 23, 2018.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                    Case No. 17-20001 BKC
                                                                                              Chapter 13
PEARLENE BROWN

                    Debtor(s).         /

**AGREED ORDER SUSTAINING OBJECTION TO CLAIMS**

This matter having come before the Court on April 17, 2018 on the Objection of PEARLENE BROWN to the Claim of JAM ASSET POOL 1 LLC and the Court being advised that the parties have agreed to the entry of this Order Sustaining the Objection to the Claim and allowing JAM ASSET POOL 1, LLC  seven days to amend its claim, and being otherwise duly advised in the premises, it is

**ORDERED** that

1.    Debtor's Objection to the Claim  filed by JAM ASSET POOL 1 LLC  is Sustained,  and,

2.    JAM ASSET POOL 1 LLC may file an Amended Claim within 7 days.

Copies to:

Paul N. Contessa, Esq.
Allison Friedman, Esq.